# EXHIBIT 2

53C06-2309-PL-001981

Angelito C. Mercado

v.

CenterStone Recovery Center
Christina Badger
Cherity Ford

CivilPlinary

**FILED**
September 1, 2023
CLERK MONROE CIRCUIT COURT

## Complaint

Parties:

Plaintiff Angelito C. Mercado is a Citizen of Indiana and Resides at Bartholomew County Jail 543 2nd St Columbus, Indiana 47201.

Defendants CenterStone Recovery Center, Christina Badger, Cherity Ford are Citizens of Indiana and Employed by CenterStone Recovery Center 809 W. 1st Street Bloomington, Indiana 47403

Plantiff Angelito C. Mecardo brings suit against the named defendants for violation of his civil rights under 42 USC 1983 42 USC 1985 of the United States Constituation and Violation of State Law

## Statement of Claim

On June 8th 2023 at the Centerstone Recovery Center in Bloomington, Indiana the Plantiff was sitting on a Bench during smoke brake, Therapist Cherity Ford was holding a bamboo stick, and walked up to the plantiff and struck him in the penis with force with the bamboo stick. The incident was seen by other residents and in front of the outside cameras The Plantiff told several other employees about the incident and they informed the plantiff to report the incident to Christina Badger who is the head person In Charge. The following morning the Plantiff went to Badgers office to ask for a grievance and told Badger of the Incident. Badger then told the Plantiff he was being discharged because defendant Ford wanted the Plantiff. On July 7th 2023 defendant Ford took the Plantiff to court and Plantiff pled guilty to a Level 3 felony and the Judge said a Warrant will be issued if the defendant does

not complete the Centerstone Program the Plantiff then begged Badger not to throw him out and reminded her he has been assulted by Staff. She replied She didn't care about any of that and that she would protect her staff. The Plantiff was distrought and Ford and Badger then told the Plantiff if he stood up in front of the group and Say he blew the incident out of proportion he could stay. The plantiff was facing 14 years and had no choice but before the Plantiff made his speech he advised several employees and all his peers that he was being forced to make the statement or be discharged. After the Plantiff made the statement he was then forced to write the statement on Paper.

Conclusion:
Plantiff claims Ford and Badger conspired to cover up the assult and not to have to face liability. The Plantiff was discriminated against by Ford and Badger cause he is male and hispanic. Badger attempted to cover up a Sexual assult by refusing the Plantiff the right to file a grievance and threten to discharge to cover up the assult and bring no discipline against Ford cause she is a woman

the plaintiff was treated differently than another person in a similar situation because he is hispanic and male Centerstone Recovery Center Badger and ford are responsible for damages to the Plaintiff under 42 usc 1983 because Centerstone Recovery Center accepts state Issued Insurance from the Government

Plaintiff charges Cherity Ford offical Capacity
Count 1: excessive force

Count 2 Racial Discrimination

Count 3 Gender Discrimination

Count 4 Violation of equal Protection Law

Count 5 Conspiracy 42 usc 1985 (h)

Count 6 Violation of Due Process

Count 7 Violation of 4th admendment

Count 8 Cruel and unusal Punishment

Plaintiff Charges Charity ford in her Personal Capacity

Count 1 - Sexual Assault
Count 2 - Assault
Count 3 - Battery
Count 4 - Emotional Distress
Count 5 - Racial Discrimination
Count 6: Gender Discrimination
Count 7: Conspiracy

Plaintiff Charges Christina Badger in official Capacity

Count 1 - Gender discrimination

Count 2 - Racial discrimination

Count 3 - Violation of Due Process

Count 4 - Conspiracy   42 USC §1985 (A)

Count 5 - Cruel and Unusual Punishment

Plaintiff Charges Badger in her Personal Capacity

Count 1 - Emotional distress
Count 2 - Gender discrimination
Count 3 - Racial discrimination
Count 4 - Conspiracy

Plaintiff charges Centerstone in official Capacity with deliberate indifference to Obvious need for training and having an unconstitutional policy that was a direct result of the Injury to the Plaintiff from a failure to train By Badger and Ford, Centerstone Recovery Center is Liable for damages to the Plaintiff under 42 USC 1983 for failure to Properly train its employess under an unconstitutional policy. The plaintiff was treated differently from another in a similar Situation By CrC Because he is male and Hispanic

Count 1 - Deliberate Indifference
Count 2 - failure to train
Count 3 - Racial discrimination
Count 4 - Gender discrimination

Plaintiff charges CrC with a Respondeat Superior claims for having Employess that violated State and federal law causing pain and Suffering to the plaintiff By the Individuals it Employs this claim is in CRC personal compacity

Count 1 - Respondeat Superior claim
Count 2 Emotional distress
Count 3 Racial discrimination
Count 4 Gender discrimination

All claims causing injury by loss of liberty Personal Pain and Suffering and Emotional Distress

Plaintiff is suing under State law and federal law 28 USC 1331

Plaintiff makes Jury trial Demand

Prayer for Relief

Plaintiff is suing for the Amount of 250,000.00 Each Defendant

So said and filed this 22nd day of August 2023

Angelito Mercado
543 2d
Cd, Ind 47201